No. 64. JOHN F. JENKINS *v.* UNITED STATES. Appeal from the Court of Claims. Argued December 8, 9, 1926. Decided December 13, 1926. Affirmed upon the authority of (1) *Tempel* v. *United States,* 248 U. S. 121, 129; *United States* v. *North American Transportation and Trading*

*Co.,* 253 U. S. 330; *Pearson* v. *United States,* 267 U. S. 423; *Klebe* v. *United States,* 263 U. S. 188; (2) *Hijo* v. *United States,* 194 U. S. 315, 323. *Mr. John D. Miller,* with whom *Mr. George A. King* was on the brief, for appellant. *Mr. Gardiner P. Lloyd,* Special Assistant to the Attorney General, with whom *Solicitor General Mitchell* and *Assistant Attorney General Galloway* were on the brief, for the United States.